**McGLINCHEY STAFFORD**
Adam S. Hamburg (SBN 247127)
ahamburg@mcglinchey.com
Brian A. Paino (SBN 251243)
bpaino@mcglinchey.com
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040

Attorneys for *Defendants* **OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| FANNY GIRALDO, an individual, | Case No.: 2:16-cv-08661-RGK-AS |
| Plaintiffs, | Hon. R. Gary Klausner |
| v. | **NOTICE OF SETTLEMENT** |
| OCWEN FINANCIAL CORPORATION, a business entity unknown; OCWEN MORTGAGE SERVICING, INC., a business entity unknown; OCWEN LOAN SERVICING, LLC, a limited liability corporation; and DOES 1-20, inclusive, | Action Filed: August 18, 2016<br>Trial Date:    December 19, 2017 |
| Defendants. | |

**TO THE HONORABLE R. GARY KLAUSNER, UNITED STATES DISTRICT COURT JUDGE, AND ALL OTHER PARTIES:**

Pursuant to Local Rule 40-2, Defendants Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc. and Ocwen Loan Servicing, LLC (collectively "<u>Defendants</u>"), by and through their counsel of record, hereby submit this Notice of Settlement to notify the Court that the lawsuit brought by Plaintiff Fanny Giraldo ("<u>Plaintiff</u>") has been settled.

**1**  Defendants respectfully request thirty (30) days to file a Stipulation of
**2**  Dismissal *with prejudice* of this lawsuit pursuant to Federal Rules of Civil Procedure
**3**  41(1)(A)(ii).

**4**
**5**  DATED:  September 19, 2017          **McGLINCHEY STAFFORD**

**6**
**7**  By:  /s/ Adam S. Hamburg
     ADAM S. HAMBURG
     BRIAN A. PAINO
**8**  Attorneys for Defendants **OCWEN FINANCIAL CORPORATION, OCWEN**
**9**  **MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC**

**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

2
**NOTICE OF SETTLEMENT**

970630.1

# PROOF OF SERVICE

**STATE OF CALIGNORNIA** )
                           ) **ss.**
**COUNTY OF ORANGE** )

I, Stephanie Elizondo, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On September 19, 2017, I served the document(s) described as **NOTICE OF SETTLEMENT** as follows:

☐   **BY MAIL**: As follows:

    ☐   **FEDERAL –** I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒   **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 19, 2017, at Irvine, California.

*Stephanie Elizondo*
Stephanie Elizondo

970630.1

**SERVICE LIST**
**U.S. District Court, Central District Case No. 2:16-cv-08661-RGK (ASx)**
**FANNY GIRALDO v. OCWEN LOAN SERVICING, LLC, et al.**
**File # 104938.1904**

| | |
|---|---|
| Walter F. Wiggins, Jr., Esq.<br>5109 Topanga Canyon Boulevard<br>Woodland Hills, CA 91364 | Attorney for Plaintiff FANNY GIRALDO<br><br>Tel: (818) 462-6356<br>Email:wfwjrlaw@aol.com |

970630.1