**McGLINCHEY STAFFORD**
Adam S. Hamburg (SBN 247127)
ahamburg@mcglinchey.com
Brian A. Paino (SBN 251243)
bpaino@mcglinchey.com
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040

Attorneys for *Defendants* **OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| FANNY GIRALDO, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN FINANCIAL CORPORATION, a business entity unknown; OCWEN MORTGAGE SERVICING, INC., a business entity unknown; OCWEN LOAN SERVICING, LLC, a limited liability corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-08661-RGK-AS<br><br>Hon. R. Gary Klausner<br><br>**STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:　August 18, 2016<br>Trial Date:　　December 19, 2017 |

　　　　This *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") is entered into by and between *plaintiff* Fanny Giraldo ("Plaintiff") and *defendants* Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc. and Ocwen Loan Servicing, LLC (collectively "Defendants," and together with Plaintiff, the "Parties").

## RECITALS

On August 18 2016, Plaintiff initiated this action (the "Action") by filing a Complaint (the "Complaint") against Defendants in the Los Angeles County Superior Court. Defendants subsequently removed the Action to this Court on June 5, 2017.

On September 18, 2017, the parties participated in a mediation session with Robin L. Itkin, mediator. In connection with the mediation, the Parties have reached a settlement of the Complaint in all respects. In accordance with the terms of the settlement between the Parties, Plaintiff now desires to dismiss the Action pursuant to the terms of this Stipulation.

## TERMS

The Parties agree as follows:

**1.** Plaintiff hereby voluntarily dismisses the Complaint *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**2.** The Parties shall bear their own attorneys' fees and costs incurred in connection with the Action.

**3.** The Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

///

///

**1**     **IT IS SO STIPULATED**.

**2**               **RULE 5-4.3.4 CERTIFICATION**

**3**     Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this Stipulation, Adam S. Hamburg, attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2017     **McGLINCHEY STAFFORD**

By: _/s/ Adam S. Hamburg_
     ADAM S. HAMBURG
Attorneys for *Defendants* **OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC**

Dated: November 3, 2017     **LAW OFFICES OF WALTER J. WIGGINS, JR.**

By: _/s/ Walter J. Wiggins, Jr._
    Attorney for *plaintiff* **FANNY GIRALDO**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

975763.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
                               ) **ss.**
**COUNTY OF ORANGE** )

I, Marina Hegel, declare:

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On November 3, 2017, I served the document(s) described as **STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** as follows:

☐    **BY MAIL**:  As follows:

    ☐    **FEDERAL –** I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court.  Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒    **FEDERAL:**  I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 3, 2017, at Irvine, California.

                                                       *Marina Hegel*
                                                       Marina Hegel

975763.1

**SERVICE LIST**
**U.S. District Court, Central District Case No. 2:16-cv-08661-RGK (ASx)**
**FANNY GIRALDO v. OCWEN LOAN SERVICING, LLC, et al.**
**File # 104938.1904**

| | |
|---|---|
| Walter F. Wiggins, Jr., Esq.<br>5109 Topanga Canyon Boulevard<br>Woodland Hills, CA 91364 | Attorney for Plaintiff FANNY GIRALDO<br><br>Tel: (818) 462-6356<br>Email:wfwjrlaw@aol.com |

975763.1